Case 10-49205   Doc 41   Page 1 of 1

FILED
January 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003229473

C. Anthony Hughes SBN: 250998
1395 Garden Highway, Suite 150
Sacramento, CA 95833
Ph:   916.440.6666
Fax: 916.254.6666
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
EATERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br>**TED GARNER THOMPSON**<br>and **KARTINA VIOLET THOMPSON**<br><br>Debtors<br><br>_____ | Case No. 10-49205<br>Chapter 13<br>Docket Control No.:  CAH-003<br><br>Judge:    Ronald H. Sargis<br>Date:    03/01/2011<br>Time:    01:30PM<br>Place:   501 I Street, 6th Floor<br>             Sacramento, CA 95814<br>               Department E– Courtroom 33<br>Trustee: Lawrence J. Loheit<br><br>**MOTION TO CONVERT TO CHAPTER 11** |

  Debtors herein, move the court herein to convert the above captioned case (filed on 11/03/2010) to a Chapter 11 case pursuant to 11 U.S.C. §1307 because their debts exceeds the maximum threshold for a Chapter 13 case.

Dated: 01/23/2011          By:     /s/ C. Anthony Hughes

                                                C. Anthony Hughes