FILED
January 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003229471

1  C. Anthony Hughes SBN: 250998
2  1395 Garden Highway, Suite 150
   Sacramento, CA 95833
3  Ph:   916.440.6666
   Fax: 916.254.6666
4  Attorney for Debtors

5
                UNITED STATES BANKRUPTCY COURT
6         EATERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

7  In re:                          )   Case No. 10-49205
                                   )
8  **TED GARNER THOMPSON**         )   Chapter 13
   **and KARTINA VIOLET THOMPSON** )   Docket Control No.:  CAH-003
9                                  )
                                   )
10            Debtors              )   Judge:   Ronald H. Sargis
                                   )   Date:    03/01/2011
11                                 )   Time:    01:30PM
                                   )   Place:   501 I Street, 6th Floor
12                                 )            Sacramento, CA 95814
                                   )            Department E– Courtroom 33
13                                 )   Trustee: Lawrence J. Loheit
                                   )
14                                 )
                                   )   **NOTICE MOTION TO CONVERT TO**
15                                 )   **CHAPTER 11**
                                   )
16 _____  )

17

18       **TO THE HONORABLE COURT, THE TRUSTEE AND ALL CREDITORS, PARTIES IN INTEREST**
19  **AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

20

21
         PLEASE TAKE NOTICE that on 03/01/2011 at 01:30PM or as soon thereafter as the
22
   matter can be heard, in Department E; Courtroom 33 of the United States Bankruptcy
23
   Courthouse, 6th floor, 501 I street, Sacramento, CA 95814, C. Anthony Hughes (hereinafter
24
   referred to as "Attorney"), attorney of record for TED GARNER THOMPSON and KARTINA
25
   VIOLET THOMPSON ("Debtors"), respectfully requests this Court to convert the above-
26
   captioned case to Chapter 11.
27

28

PLEASE TAKE FURTHER NOTICE that the Motion is available for inspection and copying at the Office of the Clerk of the United States Bankruptcy Court for the Eastern District of California, located at 501 I Street, 3rd Floor, Sacramento, California 95814. In addition, written requests for copies of the Motion and documents in support thereof may be directed to: C. Anthony Hughes, 1395 Garden Highway, Suite 150, Sacramento, California 95833.

PLEASE TAKE FURTHER NOTICE that any opposition to the Motion must be filed with the Court and served on Attorney for the Movant at least fourteen (14) calendar days prior to the hearing date, as set forth in Local Rule 9014-1 of the Local Rules of Practice, promulgated by the United States Bankruptcy Court for the Eastern District of California. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions. Written opposition must also be served on the U.S. Trustee at 501 I Street, 7th Floor, Sacramento, CA 95814.

PLEASE TAKE FURTHER NOTICE that the hearing on this Motion may be continued from time to time, without further written notice to parties in interest, if the continued date and time of the hearing is announced in open Court at the originally scheduled hearing date.

Dated: 01/23/2011

BY:_____/s/ C. Anthony Hughes_____
C. Anthony Hughes

In re: Thompson
10-49205