**FILED**
**January 24, 2011**
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003229470

C. Anthony Hughes SBN: 250998
1395 Garden Highway, Suite 150
Sacramento, CA 95833
Ph:   916.440.6666
Fax: 916.254.6666
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
EATERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**TED GARNER THOMPSON**<br>**and KARTINA VIOLET THOMPSON**<br><br>Debtors | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 10-49205
Chapter 7
Docket Control No.:  CAH-003

Judge:   Ronald H. Sargis
Date:    03/01/2011
Time:    01:30PM
Place:    501 I Street, 6th Floor
             Sacramento, CA 95814
             Department E– Courtroom 33
Trustee: Lawrence J. Loheit

**PROOF OF SERVICE**
**MOTION TO CONVERT TO CHAPTER 11**

On 01/23/2011, I served by mail the following documents:

- **NOTICE OF MOTION TO CONVERT TO CHAPTER 11**
- **MOTION TO CONVERT TO CHAPTER 11**
- **(PROPOSED) ORDER TO CONVERT**

by depositing in a US Postal Service mailbox true copies in sealed envelopes with prepaid postage addressed to the parties listed in the attached list.

I am over the age of 18, not a party to this action, and my business address is 1395 Garden Highway, Suite 150, Sacramento, CA 95833.  I declare under penalty of perjury under the laws of the state of California that the foregoing is true and accurate.

Sacramento, CA

01/23/2011                          /s/ Quoc T Pham
                                               Quoc T Pham

In re: Thompson
10-49205