FILED
January 28, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003244555

C. Anthony Hughes SBN: 250998
1395 Garden Highway, Suite 150
Sacramento, CA 95833
Ph:   916.440.6666
Fax: 916.254.6666
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
EATERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br>**TED GARNER THOMPSON**<br>and **KARTINA VIOLET THOMPSON**<br><br>Debtors | Case No. 10-49205<br>Chapter 7<br>Docket Control No.:  CAH-003<br><br>Judge:   Ronald H. Sargis<br>Date:   03/01/2011<br>Time:   01:30PM<br>Place:    501 I Street, 6th Floor<br>           Sacramento, CA 95814<br>           Department E– Courtroom 33<br>Trustee: Lawrence J. Loheit<br><br>**AMENDED PROOF OF SERVICE**<br>**MOTION TO CONVERT TO CHAPTER 11** |

On 01/23/2011, I served by mail the following documents:
- **NOTICE OF MOTION TO CONVERT TO CHAPTER 11**
- **MOTION TO CONVERT TO CHAPTER 11**
- **DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO CONVERT TO CHAPTER 11**
-  **(PROPOSED) ORDER TO CONVERT**

by depositing in a US Postal Service mailbox true copies in sealed envelopes with prepaid postage addressed to the parties listed in the attached list.
    I am over the age of 18, not a party to this action, and my business address is 1395 Garden Highway, Suite 150, Sacramento, CA 95833.  I declare under penalty of perjury under the laws of the state of California that the foregoing is true and accurate.

Sacramento, CA

01/28/2011                                                         /s/ Quoc T Pham
                                                                            Quoc T Pham
                                                                            In re: Thompson
                                                                            10-49205

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-2<br>Case 10-49205<br>Eastern District of California<br>Sacramento<br>Sun Jan 23 21:40:54 PST 2011 | BAC Home Loans Servicing LP<br>c/o Joe M. Lozano, Jr.<br>7105 Corporate Dr<br>Plano, TX 75024-4100 | Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814-7304 |
| Wells Fargo Bank, N.A.<br>c/o Dave M. McGraw<br>2890 N Main St #307<br>Walnut Creek, CA 94597-2738 | United States Bankruptcy Court<br>Robert T Matsui United States Courthouse<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814-7303 | Amex<br>P O Box 981537<br>El Paso TX 79998-1537 |
| Aqua Finance<br>PO Box 844<br>Wausau WI 54402-0844 | Aqua Finance Inc<br>1 Corporate Dr<br>Wausau WI 54401-1722 | Bac Home Loans Servici<br>450 American St<br>Simi Valley CA 93065-6285 |
| California Service Bur Original Cr<br>9 Commercial Blvd<br>Novato CA 94949-6118 | Cbna<br>Po Box 769006<br>San Antonio TX 78245-9006 | Chase<br>3990 S Babcock St<br>Melbourne FL 32901-8212 |
| Citibankna<br>1000 Technology Dr<br>O Fallon MO 63368-2239 | (c)CREDIT BUR OF PLACER C ORIGINAL CR<br>PO BOX 406<br>ROSEVILLE CA  95678-0406 | Gmac Mortgage<br>Po Box 4622<br>Waterloo IA 50704-4622 |
| Grant Weber Original Creditor Me<br>26575 West Agoura Road<br>Calabasas CA 91302-1958 | Lvnv Funding Llc Original Creditor<br>Po Box 740281<br>Houston TX 77274-0281 | Midland<br>8875 Aero Drive Suite 200<br>San Diego CA 92123-2255 |
| Midland Credit Management, Inc.<br>8875 Aero Dr #200<br>San Diego CA 92123-2255 | Midland Credit Mgmt Original Credi<br>8875 Aero Dr<br>San Diego CA 92123-2251 | Rjm Acq Llc Original Creditor Wash<br>575 Underhill Blvd Ste 2<br>Syosset NY 11791-3426 |
| Rjm Acquisitions Llc<br>575 Underhill Blvd #224<br>Syosset NY 11791-3416 | The Bureaus Original Creditor 01 B<br>1721 Central St<br>Evanston IL 60201-1507 | Wachovia<br>794 Davis Ct<br>San Leandro CA 94577-6922 |
| Wells Fargo Bank, N.A.<br>Law Offices of Dave M. McGraw<br>2890 N Main St<br>Walnut Creek CA 94597-2735 | | |
| Lawrence J. Loheit<br>PO Box 1858<br>Sacramento, CA 95812-1858 | | |